378 A.2d 857

**COMMONWEALTH of Pennsylvania**

v.

**Gregory PIERCE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 15, 1976.

Decided Oct. 7, 1977.

Margaret M. Boyce, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Order affirmed.